UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES SMITH, aka "Yola," and
PATRICK MARTIN,

    Defendants.
_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Conspiracy to Distribute Controlled Substances Resulting in Death)

Between approximately April 2022 and February 2024, in Kalamazoo County, in the Western District of Michigan, Southern Division, and elsewhere, the defendant,

JAMES SMITH, aka "Yola,"

knowingly and intentionally combined, conspired, confederated, and agreed with other persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute quantities of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), and cocaine, both Schedule II controlled substances, and the use of the fentanyl resulted in the death of D.M.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1), (b)(1)(C)

## COUNT 2
(Use of a Communication Facility to Commit a Drug Felony)

On or about April 12, 2023, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

PATRICK MARTIN,

knowingly and intentionally used a communication facility, namely his cellular telephone, in facilitating the commission of any act or acts constituting a drug felony, that is, Conspiracy to Distribute Controlled Substances, as alleged in Count 1.

21 U.S.C. § 843(b)
21 U.S.C. § 843(d)(1)

## COUNT 3
(Distribution of Cocaine)

On or about August 10, 2023, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

JAMES SMITH, aka "Yola,"

knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

## COUNT 4
(Distribution of Cocaine)

On or about August 28, 2023, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

JAMES SMITH, aka "Yola,"

knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

## COUNT 5
(Distribution of Cocaine)

On or about November 1, 2023, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

JAMES SMITH, aka "Yola,"

knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

## COUNT 6
(Distribution of Cocaine)

On or about November 20, 2023, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

JAMES SMITH, aka "Yola,"

knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

## COUNT 7
(Distribution of Cocaine)

Later, on or about November 20, 2023, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

JAMES SMITH, aka "Yola,"

knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

## COUNT 8
(Distribution of Cocaine)

On or about January 25, 2024, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

JAMES SMITH, aka "Yola,"

knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

## COUNT 9
(Distribution of Cocaine)

On or about February 6, 2024, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

JAMES SMITH, aka "Yola,"

knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(C)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

STEPHEN P. BAKER
Assistant United States Attorney