UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO. 1:24-cr-00073 |
| Plaintiffs, | HON. HALA Y. JARBOU |
| v | |
| **PATRICK MARTIN** | |
| Defendants. | |

Donald L. Sappanos (P43542)
DONALD L. SAPPANOS, P.C.
Attorney for Defendant
1559 West Centre Ave, Suite 100
Portage, MI 49024
(269) 375-7713

_____

### UNOPPOSED MOTION FOR ADJOURNMENT
*(Corrected)*

Now comes the Defendant, Patrick Martin, by and through his attorney, Donald L. Sappanos of Donald L. Sappanos, P.C., and respectfully moves this Honorable Court for a two-week adjournment, pursuant to 18 U.S.C. §3161 and Local Criminal Rule 23.2 of the Local Rules of Practice and Procedure for the United States District Court for the Western District of Michigan, of the current scheduled Sentencing scheduled for May 13, 2025, at 11:00 a.m. as Defense Counsel will be starting a homicide trial in 9th Circuit Court on that date.

**Wherefore**, Defendant requests that the Sentencing be adjourned to a new date for the reason mentioned above.


Dated: March 25, 2025                              /s/ Donald L. Sappanos
                                                   Donald L. Sappanos (P43542)
                                                   Attorney for Defendant